**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER ELLIS | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 16 cv 10479 |
| | ) | |
| v. | ) | |
| | ) | **JUDGE NORGLE** |
| Chicago Police Officers M. Wagner, Star No. 14637, J. Hunt, Star No. 11442, R. Youstra, Star No. 12912, E. Hernandez Star No. 3664, M. Bilina, Star No. 6269, S. Davis, Star No. 2939 | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**

Now comes Plaintiff's attorneys Garrett Browne and Edward Fox, and for their Motion For Leave To Withdraw Appearance of Counsel, states as follows:

1. Attorneys Garrett Browne and Edward Fox have filed appearances on behalf of the Plaintiff in this matter.

2. Mr. Brown and Mr. Fox have determined that they can no longer act as Plaintiff's attorney in this matter.

3. Plaintiff did not pay any fees to Mr. Fox or Mr. Browne, and did not pay any litigation costs.

4.     Plaintiff in currently incarcerated by the Illinois Department of Corrections and has indicated that all future correspondence and orders from the Court should be mailed to the following address:

>   Christopher Ellis – Inmate No. R57076
>   Shawnee Correctional Center
>   6665 State Route 146 East
>   Vienna, IL 62995

.

WHEREFORE, for all the foregoing reasons, Attorneys Garrett Browne and Edward Fox request that this honorable Court grant their motion for leave to withdraw their appearances of counsel on behalf of the Plaintiff Christopher Ellis.

>       BY:   s/Garrett Browne
>             Attorney for Plaintiffs
>             ED FOX & ASSOCIATES, Ltd.
>             300 West Adams, Suite 330
>             Chicago, Illinois 60606
>             (312) 345-8877
>             gbrowne@efoxlaw.com

2