IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:16-cv-10479 |
| v. | ) |
| | ) Hon. Charles R. Norgle |
| MICHAEL WAGNER, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

On November 9, 2016, Plaintiff filed his Complaint in the present matter. Plaintiff's Complaint contains minimum factual allegations and asserts multiple legal conclusions. While the Court is to construe all well-pleaded facts in Plaintiff's favor, "we are not obligated to accept as true legal conclusions or unsupported conclusions of fact." Hickey v. O'Bannon, 287 F.3d 656, 658 (7th Cir. 2002). On December 27, 2017, Plaintiff filed his response to Defendants' motion to dismiss, in which he alleges additional facts in an attempt to supplement his Complaint. The Court dismisses Plaintiff's Complaint without prejudice and grants Plaintiff leave to file an amended complaint on or before July 12, 2018. Accordingly, Defendants' motion to dismiss pursuant to Rule 12(b)(6) [31] is denied.

    IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: June 8, 2018