UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Christopher Ellis

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Officers. M. Wagner
J. Hunt
r. youstra. ehernadez
M. bilina.
S. davis
Defendants

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 16 CV - 10479
(To be supplied by the Clerk of this Court)

RECEIVED
6-13-2018
JUN 13 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AMENDED COMPLAINT

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):

A. Name: Christopher Ellis

B. List all aliases: CIVILIaN office Police Accountability # 312 745-3598

C. Prisoner identification number: R57076

D. Place of present confinement: ShawNEE C.C

E. Address: 6665 .State Rt 146 East ViCNNa IL,62995

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: M. WagNer Star No.14637
   Title: Chicago Police officer
   Place of Employment: 7808. S Halsted St Chicago IL UNit 006

B. Defendant: J. hunt StarNo 11442.
   Title: Chicago Police Officer
   Place of Employment: 7808 S. halsted St Chicago IL UNit 006

C. Defendant: R. Youstra Star No 12912
   Title: Chicago Police Officer
   Place of Employment: 7808 S. halsted St Chicago IL UNit 006

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Christopher Ellis v. M. Wagner Case No: 16 CV-10479

B. Approximate date of filing lawsuit: 11-9-2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Christopher Ellis CoPA Miranda O'boyle

D. List all defendants: Officers M. Wagner Star No 14637 R. Joustra, Star No. 12912, E. hernandez Star No 3664 J. hunt, Star No 11442 M. hilina, Star No 6269 S. Davis, Star No. 2939.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Eastern Division Illinois.

F. Name of judge to whom case was assigned: Honorable Charles R. Norgle Sr.

G. Basic claim made: 1983 Excessive force and unreasonable seizure.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: 6-1-18

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 11-10-14 I, Christopher Ellis was Pulled out of My car by P.O Wagner star No. 14637, And P.O J. No 11442. Hunt. But I, didn't No that they were P.O. They had on Plan clothes. I was Punch by, P.O J. Hunt A few times in My faces. Plus When I, was on the grown, And then I, was Kickt A lot of time's All in my back, And My head And arms, And ribs. Then everthing went silent I, felt My coat left up And a foot on my but, And I was face's down on the grown. P.O Wagner Star No: 14637 tazerd Me over the legal limit And hit Me, 2 time with it when I, was on the grown face's down. And I, was ON 7901 S. Cottage Grrove Street Chicago IL 60619, And It was 2 video Pod's one blue in White Pod on the North side of the street. And one all black pod on the west side of the street.

4

Revised 9/2007

And every thing went black after that And I, woke up at Jackson park hospital. End of report.

5

Revised 9/2007

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to help me to seek some help with my pain and suffering Please and thank you.

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  6  day of  6-7 , 20 18

_Christopher Ellis_
(Signature of plaintiff or plaintiffs)

Christopher Ellis
(Print name)

R57076
(I.D. Number)

(Address)

Mr. Christopher. Ellis R57076
6665. State.Rt 146 East
Vienna, IL 62995

RECEIVED
2018 JUN 13 AM 8:26



Legal Mail

Office of Clerk of the
U.S. District court
United States
Courthouse 219. South
Dearborn Street
Chicago IL,
60604

06/13/2018-9